[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 07, 2010
JOHN LEY
CLERK

No. 09-13117
Non-Argument Calendar

_____

D. C. Docket No. 08-20567-CR-AJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARILYN DE LA PAZ,
a.k.a. Marilyn Martis,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 7, 2010)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Marilyn De La Paz in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and De La Paz's convictions and sentences are **AFFIRMED**.